IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LYDIA L. JOHNSON,** | Case No. 2:12-cv-00381-GEB-GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **MILLER, Warden,** | |
| Respondent. | |

Good case appearing, it is hereby ordered that Respondent's response to Petitioner's Petition for Writ of Habeas Corpus be filed on or before July 29, 2012.

Dated: June 28, 2012        /s/ Gregory G. Hollows
                            UNITED STATES MAGISTRATE JUDGE

John0381.eot