IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LYDIA L. JOHNSON,** | Case No. 2:12-cv-00381-GEB-GGH |
| Petitioner, | **[PROPOSED] ORDER** |
| v. | |
| **MILLER, Warden,** | |
| Respondent. | |

Good case appearing, it is hereby ordered that Respondent's response to Petitioner's Petition for Writ of Habeas Corpus be filed on or before August 28, 2012.

Dated: July 25, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order (2:12-cv-00381-GEB-GGH)