UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYDIA L. JOHNSON, | No. 2:12-cv-0381 TLN AC |
| Petitioner, | |
| v. | ORDER |
| MILLER, Warden, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 11, 2013, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 11, 2013, are adopted in full;

2. Petitioner's motion for alternative custody (ECF No. 22) is denied as moot;

3. Petitioner's request for "release on condition" (ECF No. 25) is denied as moot;

4. Petitioner's defective motion for an evidentiary hearing (ECF No. 27) is denied; and

5. Petitioner's motion for a certificate of appealability (ECF No. 41) is denied without prejudice as premature.

Dated: April 4, 2014

Troy L. Nunley
United States District Judge

/john0381.801.hc