UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYDIA L. JOHNSON,<br><br>    Petitioner,<br><br>    v.<br><br>MILLER, Warden,<br><br>    Respondent. | No. 2:12-cv-0381 TLN AC P<br><br><br><br>FINDINGS AND RECOMMENDATIONS |

   Petitioner, while a prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By Order filed on July 11, 2013, petitioner was directed to show cause why the instant petition should not be dismissed as moot in light of her evident release from custody. ECF No. 47. On April 8, 2014, the Findings and Recommendations that accompanied the show cause order, recommending denial of petitioner's motions for alternative custody and "release on condition" as moot, were adopted. ECF No. 48. In addition, petitioner's motion for an evidentiary hearing was denied and the motion for a certificate of appealability was denied without prejudice as premature. Id.

   The time for petitioner to respond to the show cause order has long since expired and petitioner has failed either to discharge it or to file any response whatever to the order. The court will now recommend dismissal of this action as moot for the reasons fully set forth in the Findings and Recommendations of July 11, 2013, adopted by order filed on April 8, 2014. As a separate basis for dismissal, the undersigned recommends dismissal of this petition for

1

petitioner's failure to comply with a court order.  See Local Rule 110; Fed. R. Civ. P. 41(b).

IT IS HEREBY RECOMMENDED that:

1.  This action be dismissed as moot for the reasons set forth in the Findings and Recommendations of July 11, 2013, adopted by order filed on April 8, 2014;

2.  As a separate basis for dismissal, this petition be dismissed for petitioner's wholesale failure to comply with a court order.  See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen (14) days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections shall be served and filed within fourteen days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: August 5, 2014

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2